# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**LINDA WASHINGTON**                                                              **PLAINTIFF**

**V.**                              **NO. 3:13CV00263-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                **DEFENDANT**

## JUDGMENT

In accordance with the Court's findings of fact and conclusions of law following an oral argument hearing held on September 18, 2014, and filed in this case (docket entry #18), it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered, this 18th day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE